# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-38924 |
| | ) | |
| Beulah Michelle Glenn, | ) | (Chapter 7) |
| | ) | |
| DEBTOR | ) | |

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

NCO Group, Inc. successor to Credit Acceptance Corp. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $2,119.84. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

NCO Group, Inc. successor to Credit Acceptance Corp.

By: /s/ Greg Griffith
Greg Griffith
3855 South Boulevard, Suite 200
Edmond, OK 73013
 (405) 340-4900

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **IN RE:** | ) Case No. 05-38924 |
| **Beulah Michelle Glenn,** | )     (Chapter 7) |
|  | ) |
| **DEBTOR(S)** | ) |

## NOTICE OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.

  **TAKE NOTICE** that the undersigned has filed an Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 Et. Seq. with the Court. A copy of this application accompanies this Notice.

If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this application, then within twenty (20) days after the date set forth below you or your attorney must file with the Court a response to the application at:

  Clerk, United States Bankruptcy Court
  SOUTHERN DISTRICT OF OHIO
  120 West 3rd Street
  Dayton, OH  45402

  If you mail your response to the application to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your response to the application to:

  Greg Griffith
  3855 South Boulevard, Suite 200
  Edmond, OK  73013

PLEASE TAKE FURTHER NOTICE, pursuant to the Local Rules of this Court, failure of any

person or entity receiving notice of the Application to file objections thereto on a timely basis

shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rules of this Court, NCO Group, Inc. successor to Credit Acceptance Corp. hereby requests oral argument, if the within Motion is opposed.

        Respectfully submitted,

        NCO Group, Inc. successor to Credit Acceptance Corp.

        By: /s/ Greg Griffith
         Greg Griffith
         3855 South Boulevard, Suite 200
         Edmond, OK 73013
         (405) 340-4900

Dated: June 13, 2007

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the Notice of Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041Et. Seq. was served upon the parties listed below by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the U.S. Postal Service on June 13, 2007.

                                         By: /s/ Greg Griffith
                                              Greg Griffith

## SERVICE LIST
### Beulah Michelle Glenn, CASE NO. 05-38924

United States Attorney
Attn: Civil Process Clerk
200 West 2nd Street, Room 602
Dayton, OH 45402

Office of the U.S. Trustee
170 North High Street, Ste 200
Columbus, OH 43215

Case Trustee
John Paul Rieser
1520 First National Plaza
130 West Second Street
Dayton, OH 45402

Debtor's Counsel
Richard E West
195 E Central Avenue
PO Box 938
Springboro, OH 45066

Debtor
Beulah Michelle Glenn
15 Clearcreek Franklin Road
Springboro, OH 45066

## LIMITED POWER OF ATTORNEY

NCO Financial Systems, Inc. appoints Greg Griffith of American Property Locators, Inc. as its attorney in fact to recover, receive, or obtain information pertaining to the **unclaimed funds of NCO Group, Inc. successor to Credit Acceptance Corp. in connection with the bankruptcy of Beulah Michelle Glenn Case #: 05-38924**. The undersigned's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of the undersigned) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering the unclaimed funds. The undersigned authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

This Limited Power of Attorney revokes all previous powers of attorney, if any, covering the same subject matter.

NCO Financial Systems, Inc.

By: _____
Joshua Gindin
Executive Vice President and General Counsel

507 Prudential Road
Horsham, PA 19044

Tax ID No 23-1670927

AFFIX CORPORATE SEAL

IF CORPORATE SEAL IS UNAVAILABLE
SIGN AFFIDAVIT BELOW:

Be it acknowledged, that the undersigned hereby says under oath that the corporate seal for this Corporation is unavailable.

By:_____
Joshua Gindin
Executive Vice President and General Counsel

Signed this 6th day of June, 2007.

Commonwealth of Pennsylvania)

County of Montgomery)

Before me Joshua Gindin personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his free act.

Signature: Dona K Freitas

My Commission Expires 8/13/08

NOTARY SEAL

NOTARIAL SEAL
Dona K. Freitas, Notary Public
Horsham Twp., Montgomery County
My commission expires August 13, 2008



**NCO Group, Inc.**

507 Prudential Road
Horsham, PA 19044

Phone: (800) 220-2274, Ext. 2359
Phone: (215) 441-2359
Fax: (215) 441-3931

josh.gindin@ncogroup.com

**Joshua Gindin, Esquire**
Executive Vice President
& General Counsel

# 2003 FOR PROFIT CORPORATION UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** F97000002171

**1. Entity Name**
NCO FINANCIAL SYSTEMS, INC.

FILED
03 JAN -8 PM 4:43
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

☑ CHECK HERE IF MAKING CHANGES

**Principal Place of Business**
~~515 PENNSYLVANIA AVE~~
~~FT WASHINGTON PA 19034~~
US

**Mailing Address**
150 CROSS POINT PKWY
CORPORATE LEGAL DEPT
GETZVILLE NY 14068
US

**2. Principal Place of Business**
507 PRUDENTIAL ROAD
Suite, Apt. #, etc.

City & State: HORSHAM, PA
Zip: 19044  Country: US

**3. Mailing Address**
Suite, Apt. #, etc.
City & State:
Zip:  Country:

**4. FEI Number:** 23-1670927  ☐ Applied For ☐ Not Applicable

**5. Certificate of Status Desired** ☐ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

**7. Name and Address of New Registered Agent**
Name:
Street Address (P.O. Box Number is Not Acceptable):
City: 01/08/03--01007--018  FL **150.00

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

**FILE NOW!!! FEE IS $150.00**
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

**9. Election Campaign Financing Trust Fund Contribution.** ☐ $5.00 May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|
| TITLE: PCD<br>NAME: BARRIST, MICHAEL J<br>STREET ADDRESS: ~~515 PENNSYLVANIA AVE~~<br>CITY-ST-ZIP: ~~FT WASHINGTON PA 19034~~ | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS: 507 PRUDENTIAL ROAD<br>CITY-ST-ZIP: HORSHAM, PA 19044 | ☑ Change ☐ Addition ADDRESS |
| TITLE: D<br>NAME: PIOLA, CHARLES C JR<br>STREET ADDRESS: ~~515 PENNSYLVANIA AVE~~<br>CITY-ST-ZIP: ~~FT WASHINGTON PA 19034~~ | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS: 507 PRUDENTIAL ROAD<br>CITY-ST-ZIP: HORSHAM, PA 19044 | ☑ Change ☐ Addition ADDRESS |
| TITLE: S<br>NAME: GINDIN, JOSHUA<br>STREET ADDRESS: ~~515 PENNSYLVANIA AVE~~<br>CITY-ST-ZIP: ~~FT WASHINGTON PA 19034~~ | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS: 507 PRUDENTIAL ROAD<br>CITY-ST-ZIP: HORSHAM, PA 19044 | ☑ Change ☐ Addition ADDRESS |
| TITLE: SV<br>NAME: NOAH, MICHAEL G<br>STREET ADDRESS: ~~55 DODGE RD~~<br>CITY-ST-ZIP: GETZVILLE NY 14068 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS: 150 CROSSPOINT PARKWAY<br>CITY-ST-ZIP: GETZVILLE, NY 14068 | ☑ Change ☐ Addition ADDRESS |
| TITLE: CET<br>NAME: WINOKUR, STEVEN L<br>STREET ADDRESS: ~~515 PENNSYLVANIA AVE~~<br>CITY-ST-ZIP: ~~FT WASHINGTON PA 19034~~ | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS: 507 PRUDENTIAL ROAD<br>CITY-ST-ZIP: GETZVILLE, NY 14068 | ☑ Change ☐ Addition ADDRESS |
| TITLE: EVC<br>NAME: MCGOWAN, JOSEPH C<br>STREET ADDRESS: 515 PENNSYLVANIA AVE<br>CITY-ST-ZIP: FT WASHINGTON PA 19034 | ☑ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____  Michael G. Noah, SR. V.P.  1/6/03   800/227-4000
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

NCO Group, Inc. Continues to Expand Through Acquisition Of Two Accounts Receivable Management Companies

     

# NCO Group, Inc. Continues to Expand Through Acquisition Of Two Accounts Receivable Management Companies

    FORT WASHINGTON, Pa., Oct. 1 /PRNewswire/ -- NCO Group, Inc.
(Nasdaq: NCOG), a leading provider of accounts receivable management and
related teleservices, reported today that it has completed the acquisition of
two accounts receivable management companies.  NCO purchased the companies for
$4.7 million in cash, a $1.0 million note, and $1.1 million of its common
stock.  These acquisitions represent combined annual revenues in excess of
$7.0 million.
    According to Michael J. Barrist, Chairman and Chief Executive Officer of
NCO Group, Inc., "These acquisitions continue the strategy which we have
mapped out for our investors.  Specifically, each is expected to be
immediately accretive and readily meets NCO's evaluation criteria, such as
size, service quality, diversification of client base and, importantly, the
ability to integrate the acquired businesses into both our operating and cost
models."
    After completing these acquisitions, the Company will have over
1,600 employees and will provide services to over 7,500 active clients through
21 processing centers in 15 states.

    ADVANTAGE Financial Services, Inc.
    -- Increases NCO's geographic presence in Ohio and expands operations into
       Tennessee
    -- Further penetration into medical, telecommunications and commercial
       markets

    ADVANTAGE Financial Services, Inc. is an accounts receivable management
company located in Dayton, Ohio and Bristol, Tennessee.  The addition of
ADVANTAGE Financial Services, Inc. will expand the Company's geographic
presence and will allow NCO further penetration into the medical,
telecommunications and commercial markets.  Ron Nischwitz the former owner of
ADVANTAGE Financial Services and a past president of the American Collectors
Association, will remain with the Company on a consulting basis.  ADVANTAGE
Financial Services, Inc. had 1996 revenues of approximately $5.1 million.

    Credit Acceptance Corp.
    -- Expands NCO's geographic presence into Western Pennsylvania
    -- Further penetration into medical market

    Credit Acceptance Corp. is an accounts receivable management company
located in Pittsburgh, Pennsylvania.  The addition of Credit Acceptance Corp.
will expand the Company's geographic presence into Western Pennsylvania and
will provide NCO with further penetration into the medical market.  Mr.
Barrist commented, "Credit Acceptance Corp. has secured a powerful position in
the medical collections arena in the Pittsburgh area.  From a client service,
integration and profitability standpoint, this company was a natural fit for

```
us."  Credit Acceptance Corp. had 1996 revenues of $2.3 million.
     NCO Group, Inc. is a leading provider of accounts receivable management
and related services utilizing an extensive teleservices infrastructure.  The
Company develops and implements customized accounts receivable management
solutions for clients employing advanced workstations and sophisticated call
management systems.  The Company currently provides these services on a
national basis from 21 call centers located in fifteen states.  NCO Group,
Inc. is traded on the Nasdaq National Market under the symbol NCOG.
     Certain statements in this press release, including, without limitation,
statements as to the Company's objective to grow through strategic
acquisitions and internal growth, the ability to realize operating
efficiencies in the integration of its acquisitions or as to management's
belief, expectations and opinions, are forward-looking statements that involve
risks and uncertainties and are subject to change at any time.  In addition to
the factors discussed above, certain other factors, including without
limitation, risks associated with growth and future acquisitions, fluctuations
in quarterly operating results, and other risks detailed from time to time in
the Company's filings with the Securities and Exchange Commission, including
the Annual Report on Form 10-K, filed on March 31, 1997, as amended, can cause
actual results and developments to be materially different from those
expressed or implied by such forward-looking statements.
     A copy of the Annual Report on Form 10-K can be obtained, without charge
except for exhibits, by written request to Steven L. Winokur, Executive Vice-
President, Finance/CFO, NCO Group, Inc., 515 Pennsylvania Avenue, Ft.
Washington, PA 19034.
     For more information on NCO Group, Inc., via fax at no charge,
dial 1-800-pro-info and enter ticker symbol NCOG.
```

SOURCE NCO Group, Inc.

**Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content. Terms and conditions, including restrictions on redistribution, apply.**
Copyright © 1996- 2006 PR Newswire Association LLC. All Rights Reserved.
A **United Business Media** company.